LIBBIE VAN WAGNER, Respondent, *v.* JOHN THOMPSON, as Executor of BETSEY ELDRIDGE, Deceased, Appellant.

*Van Wagner* v. *Thompson*, 53 App. Div. 627, affirmed.
(Argued March 22, 1901; decided April 30, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July

3, 1900, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*John T. McDonough* for appellant.

*George Addington* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Taking no part : PARKER, Ch. J.